...

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 8:23-MJ-00054 | Date and time warrant executed: 1/25/2023 4:50 pm | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of: SA Kellen McManus & SA Daniel Ponce

Inventory of the property taken and name of any person(s) seized:

5 yellow pills
2 white pills
1 blue pill

Cocaine 6.5.6 (grams)
Methamphetamine 49.3 (grams)
Cocaine (53.2 grams)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/30/2023

Ernesto Aguilar
*Executing officer's signature*

Ernesto Aguilar (SA)
*Printed name and title*